UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No. 3:16-CR-24               Date: May 16, 2017

United States of America    vs.    James Edward Hiatt

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| Julie Norwood | Rebekah Lockwood | Joe Thomas |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Matthew Morris | | Paula Voss |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- Defendant waives reading of Indictment or Information
- Defendant Pleads guilty to counts 1 and 2
- Referred for Presentence Investigative Report.

DATE SET: **Sentencing:** September 21, 2017 @ 2:00
**Before** the Honorable Thomas A. Varlan, Chief United States District Judge

• Parties must adhere to Local Rules 83.9(c) & 83.9(j)

- Defendant remanded to custody of the U.S. Marshal

2:30 to 3:00